**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DASEAN MUCKLE,

      Plaintiff,

v.                                   Case No:  6:14-cv-1824-Orl-40GJK

HEALTHCARE SUPPORT STAFFING,
INC.,

      Defendant.

                                    /

## ORDER

This cause is before the Court on Joint Motion to Approve Settlement (Doc. 29) filed on September 15, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection to Report and Recommendation (Doc. 31) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 27, 2015 (Doc. 30), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion to Approve Settlement (Doc. 29) is **GRANTED** to the extent that the Court finds the parties' settlement is fair and reasonable.

3.     The case is **DISMISSED WITH PREJUDICE**.

4.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 29, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2